UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERNEST R. GIBSON, JR.,**

   **Plaintiff,**

**v.**                                                     **Case No. 4:20cv464-TKW-MAF**

**SERGEANT WYSOKI,**

   **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed pursuant to the "three strikes" statute, 28 U.S.C. §1915(g). Accordingly, it is

   **ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to proceed in forma pauperis (Doc. 4) is **DENIED**.

2. This case is **DISMISSED** pursuant to 28 U.S.C. §1915(g), and the Clerk shall close the file.

**DONE and ORDERED** this 23rd day of October, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**